UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTERNATIONAL UNION OF BRICKLAYERS AND
ALLIED CRAFTWORKERS, LOCAL NO. 3,

                              Plaintiff,

-v-

WELLIVER McGUIRE, INC.,

                              Defendant.
-----------------------------------------------------------X

**ORDER OF JUDGMENT**

Civil Case No.:
05-CV-0674 A (Sc)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action have stipulated to a Settlement and Consent Order of Judgment. Counsel has also advised the Court that no infant or incompetent is a party to this action. Accordingly, it is hereby

**ORDERED** that:

1. Judgment shall be issued to the Plaintiff in the amounts and timetable set forth in the Stipulation of Settlement.

2. Plaintiff's counsel shall hold this Judgment in escrow until such time, if any, that the Defendant fails to make the required payments.

3. The above-captioned case is hereby **DISMISSED**, with prejudice, except that the Court will retain limited jurisdiction to enforce its Judgment, upon motion, if necessary.

4. The Clerk shall forthwith serve copies of this Judgment upon the attorneys for the parties appearing in this action.

1

IT IS SO ORDERED

Dated: December 9, 2005

_____
Hugh B. Scott
United States Magistrate Judge

SO ORDERED

*/s/ Richard J. Arcara*
RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE
DATED: Dec. 9, 2005

## COUGHLIN & GERHART, L.L.P.
ATTORNEYS AND COUNSELLORS
20 HAWLEY STREET
P.O. BOX 2039
BINGHAMTON, NY 13902-2039
(607) 723-9511   FAX (607) 723-1530
www.cglawllp.com

ROBERT J. SMITH
HENRY J. RODE II
PETER H. BOUMAN *
GORDON E. THOMPSON
MARK S. GORGOS
JAMES P. O'BRIEN
RICHARD W. MERTENS *
CARL A. KIEPER
JOSEPH J. STEFLIK, JR.
JEFFREY A. BROWN
DAVID H. GUY
BETH E. WESTFALL
GARY B. KLINE
SUSAN L. ENGLISH *
ROBERT R. JONES
PAUL J. SWEENEY ****
SUSAN A. INNEO *
KEITH A. O'HARA
OLIVER N. BLAISE III

RICHARD B. LONG
ROLLIN L. TWINING
FRANK NEMIA +
JOHN M. THOMAS
OF COUNSEL

MARY LOUISE CONROW, P.C.
ROBERT J. MADIGAN, JR. *
KIRK O. MARTIN
TERENCE P. COONEY
SPECIAL COUNSEL

SCOT G. MILLER ***
JEFFREY M. JACOBS **
LARS P. MEAD
ERIC H. GARTENMAN
XIBAI GAO *****
MATTHEW J. SANTE
MEIYING Z. AUSTIN
JEFFREY HUSISIAN

120 MAIN ST., P.O. BOX 462
AFTON, NY 13730
(607) 639-2222
FAX (607) 639-3726

27-29 LAKE ST., P.O. BOX 250
OWEGO, NY 13827
(607) 687-0567
(607) 687-1831
FAX (607) 687-9860

125 WHEELER STREET
HANCOCK, NY 13783
(607) 637-3707

176 MAIN ST., P.O. BOX 422
UNADILLA, NY 13849
(607) 369-3811
FAX (607) 369-3315

400 M&T BANK BUILDING
118 NORTH TIOGA STREET
ITHACA, NY 14850
(607) 256-5049
FAX (607) 269-0199

* ALSO ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN MASSACHUSETTS
*** ALSO ADMITTED IN FLORIDA
**** ALSO ADMITTED IN NEW JERSEY & WEST VIRGINIA
***** ALSO ADMITTED IN PEOPLE'S REPUBLIC OF CHINA

December 1, 2005

Hon. Hugh B. Scott, United States
 Magistrate Judge
United States District Court
Western District of New York
U.S. Courthouse
68 Court Street
Buffalo, New York 14202-3406

  Re: International Union of Bricklayers Local No. 3 v. Welliver McGuire, Inc.
    Civil Action No. 05-CV-0674 A (Sc)

Dear Judge Scott:

  International Union of Bricklayers Local No. 3 ("Local 3") and Welliver McGuire, Inc. ("Welliver") have reached a settlement in the above-entitled matter. The payment period involves additional payments on February 22, 2006 and February 22, 2007.

  We therefore are enclosing the following proposed pleadings:

    1. Stipulation of Settlement
    2. Order of Judgment
    3. Judgment

  We suggest that the Stipulation of Settlement and Order of Judgment be filed and that the Judgment be signed and held in escrow by the attorneys for Local 3.

Thank you for your cooperation in this matter.

       Very truly yours,

       *[signature]*
       Joseph J. Steflik, Jr., Esq.
       Coughlin & Gerhart, LLP

       *[signature]*
       Linda R. Hassberg, Esq.
       Lipsitz, Green, Fahringer, Roll,
       Salisbury & Cambria, LLP

Enclosures

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------X
INTERNATIONAL UNION OF BRICKLAYERS AND
ALLIED CRAFTWORKERS, LOCAL NO. 3,

                          Plaintiff,

-v-

WELLIVER McGUIRE, INC.,

                          Defendant.
------------------------------------------------X

**STIPULATION OF SETTLEMENT**

Civil Case No.:
05-CV-0674 A (Sc)

Bricklayers Local No. 3, by their attorneys, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP (Linda R. Hassberg, Esq., of counsel), and Welliver McGuire, Inc. by its attorneys Coughlin & Gerhart, LLP (Joseph J. Steflik, Jr., Esq., of counsel), pursuant to Fed. R. Civ. P. 41, stipulate as follows:

1. Welliver McGuire, Inc. ("Welliver") agrees to confirm the Stipulation and Consent Award of January, 2005 as a judgment; and

2. Welliver agrees to pay the first installment of $66,666.66 within one (1) week of execution of a settlement agreement; and

3. Welliver shall pay the second installment of $66,666.66 on February 22, 2006 and the third installment of $66,666.66 on February 22, 2007; and

4. All claims and counterclaims will be withdrawn with prejudice by the parties.

Dated: December 6, 2005

LIPSITZ, GREEN, FAHRINGER, ROLL,
SALISBURY & CAMBRIA, LLP

_____
Linda R. Hassberg, Esq.
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3857

Dated: December 1, 2005

COUGHLIN & GERHART, LLP

_____
Joseph J. Steflik, Jr., Esq.
20 Hawley Street
P.O. Box 2039
Binghamton, New York 13902-2039