UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INTERNATIONAL UNION OF BRICKLAYERS AND
ALLIED CRAFTWORKERS, LOCAL NO. 3,

                            Plaintiff,                **JUDGMENT**

                                                                 Civil Case No.:
-v-                                                      05-CV-0674 A (Sc)

WELLIVER McGUIRE, INC.,

                            Defendant.
-------------------------------------------------------------X

       Bricklayers Local No. 3 having entered into a Stipulation of Settlement with Welliver McGuire, Inc., is awarded a judgment against Welliver McGuire, Inc. as follows:

1.   Welliver McGuire, Inc. will pay $66,666.66 on or before January 7, 2006 in such manner as is directed by Bricklayers Local No. 3;

2.   Welliver McGuire, Inc. will pay Bricklayers Local No. 3 $66,666.66 on or before February 22, 2006 in such manner as is directed by Bricklayers Local No. 3; and

3.   Welliver McGuire, Inc. will pay Bricklayers Local No. 3 $66,666.66 on or before February 22, 2007 in such manner as is directed by Bricklayers Local No. 3.

*[signature: Richard J. Arcara]*

Dated: December 9, 2005